FIRST DEPARTMENT, APRIL, 1971

(April 2, 1971)

In the Matter of WALTER M. SCHMUCKER et al., Appellants, v. COMMISSION TO INVESTIGATE ALLEGATIONS OF POLICE CORRUPTION AND THE CITY'S ANTI-CORRUPTION PROCEDURES et al., Respondents.—

Concur — Capozzoli, J. P., McGivern, Nunez, Kupferman and McNally, JJ. [See opinion in *Fahy* v. *Commission to Investigate*, 65 Misc 2d 781.]